# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series ITF INABS 2005-A** | Case No. 1:07-cv-3507 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | **JUDGMENT** |
| Christine Jones, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE:  February 13, 2008

                                       s/Christopher A. Boyko
                                       Judge Christopher A. Boyko
                                       UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-08750\Motion for Default Judgment-080108-MAH.wpd